IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**DANNIE McMILLON**                                                     **PLAINTIFF**

**V.**                                             **CIVIL ACTION NO. 3:08-CV-208-DPJ-JCS**

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security**                                   **DEFENDANT**

**AGREED ORDER**

This matter is before the Court on the Plaintiff's Petition for Attorney Fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and the Social Security Act, 42 U.S.C. § 406(b). The Court being advised that the parties have reached an agreement for the payment of EAJA fees as follows: Compensation of 5.5 hours of attorney time in 2008 at an hourly rate of $169.51, 26.5 hours of attorney time in 2009 at an hourly rate of $169.66, 2.3 hours of attorney time in 2010 at an hour rate of $169.66, for a total award of $5,818.52 in Attorney's Fees;

IT IS THEREFORE ORDERED that Plaintiff is hereby awarded Attorney's Fees under EAJA in the amount of $5,818.52.

**SO ORDERED AND ADJUDGED** this the 29th day of January, 2010.

                                     s/ *Daniel P. Jordan III*
                                     UNITED STATES DISTRICT JUDGE

**AGREED:**

*s/Edward O. Pearson*
EDWARD O. PEARSON
Assistant United States Attorney
MS Bar No. 4080

*s/Elizabeth Bower Dunlap*
ELIZABETH BOWER DUNLAP
Attorney for Plaintiff

State Bar No. 06233020